# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
DARRELL WAYNE ANGLES  
SHARON JEAN ANGLES  
1417 S PENNSYLVANIA AVE  
WELLSTON, OH  45652  

Case No:   04-54526

Judge:   John E. Hoffman Jr.

SSN(S):   XXX-XX-7700  
          XXX-XX-9947

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   January 25, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| ECMC<br>PO BOX 75848 # 8682<br>ST PAUL, MN  551750848 | 3.66 |